Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
PERETZ & ASSOCIATES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff STEVEN NEWMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NEWMAN,<br><br>                                 Plaintiff,<br><br>v.<br><br>GOOGLE LLC; and DOES 1-20,<br><br>                                 Defendants. | Case No. 3:22-CV-02799-CRB<br><br>**NOTICE OF DISCOVERY DISPUTE AND REQUEST FOR ASSINGMENT TO MAGISTRATE JUDGE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES**

Please take notice that Plaintiff STEVEN NEWMAN ("Newman") intends to file a motion to compel discovery and depositions in the matter referenced above. The purpose of this notice is to initiate the referral process, pursuant to the General Standing Order for Civil and Criminal Cases before Judge Charles R. Breyer. Newman respectfully will and hereby does move the Court for an Order referring this matter to a Magistrate Judge for assignment.

The motion to compel discovery will be based upon Newman's written discovery requests on Defendant GOOGLE, LLC ("Google"), Newman's deposition notices on Carolina Andrade, Esther Yeu, John McDonald and Ben Lavelle, Newman's meet and confer letters, supporting Declarations, and any other materials which the Court deems fit to consider.

//
//
//

1

Dated: February 29, 2024                    PERETZ & ASSOCIATES

2

3

By: _____

4

Yosef Peretz

Attorneys for Plaintiff STEVEN NEWMAN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28