Brian L. Johnsrud (SBN 184474)
Brandon Rainey (SBN 272341)
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA  94301-2777
Telephone: +1 650 847 4150
Fax: +1 650 847 4151
E-mail:  bjohnsrud@duanemorris.com
          brainey@duanemorris.com

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NEWMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:22-CV-02799-CRB<br><br>**DECLARATION OF CAROLINA ANDRADE IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:      May 17, 2024<br>TIME:       10:00 a.m.<br>DEPT:      Courtroom 6, 17th Floor<br>JUDGE:   Hon. Charles R. Breyer |

I, Carolina Andrade, declare and say:

1.     I am employed by Google, LLC ("Google") as Head of Cloud Security Sales Strategy & Operations, a position I have held since January 2023. From approximately May 2020 to April 2021, when I held the position of Workspace Strategy Lead at Google, I directly supervised Steven Newman. I am an individual over the age of eighteen (18). I have personal knowledge of the facts set forth below, and would competently testify to those facts if called as a witness.

2.     I am aware that Mr. Newman is a large, physically imposing man and that he played professional basketball.

3.     In July 2020, Mr. Newman started missing meetings and sending me (and others) emails that were unprofessional. Three true and correct copies of examples of those emails are attached hereto as **Exhibits 1**, **2**, **3**. When Mr. Newman's emails continued to escalate, I became concerned about his well-being, and I informed Google HR that Mr. Newman "seem[ed] to be struggling with a mental health episode" and requested "urgent help because he [was] interacting with other Googlers and partners." **Exhibit 4**. Shortly thereafter, Esther Yeu, a Google HR Business Partner, contacted me informing me she would investigate the matter, and requested that I share Mr. Newman's concerning emails and messages.

4.     On July 24, 2020, I emailed Mr. Newman that I was "concerned about [him] and want[ed] to make sure [he knew] about some of the resources available to [him]," including company-provided resources for counseling, therapy, stress management, and other mental health resources. A true and correct copy of my July 24, 2020 email to Mr. Newman is attached hereto as **Exhibit 5**. On that same day, I informed Esther Yeu that Mr. Newman had applied for "carer's leave" from July 27 through August 6, 2020, and that he needed to take time off to care for his brother-in-law and other extended family members.

5.     On Sunday, July 26, 2020, I received an unsolicited email from Mr. Newman's wife, Elizabeth Newman, who disclosed that Mr. Newman was suffering from a manic episode. In part, Ms. Newman explained:

> [O]ver the last month and certainly over last week I have noticed a significant change in Steve's behavior. I am confident it's due to a change in his medicine and I spoke with his doctors yesterday as I am very

concerned.  His doctors advised me that they believe he is suffering a full manic episode most likely due to the medication and provided me with the needed steps.

Ms. Newman also informed me that Mr. Newman would be taking time off from work to help his family and for personal time.  I expressed support for Ms. Newman and her family, noted that there were resources available to support them, and forwarded the message to Ms. Yeu for HR support.  A true and correct copy of Ms. Newman's July 26, 2020 email, including my response, is attached hereto as **Exhibit 6**.

6.       On July 31, 2020, Mr. Newman responded to my July 24, 2020 email regarding available mental health resources, telling me that he was "very familiar with Google's mental health resources" and that he had "just got put on disability which is weird."  A true and correct copy of Mr. Newman's July 31, 2020 email is attached hereto as **Exhibit 7**.  Mr. Newman was put on disability leave because he applied for it.

7.       On August 14, 2020, I was notified by Google's third party leave administrator, Sedgwick, that Mr. Newman had been approved for short-term disability leave for the period from July 27, 2020 through September 15, 2020.  This leave was subsequently extended at Mr. Newman's request, which extensions I personally approved.  A true and correct copy of Sedgwick's August 14, 2020 notification email is attached hereto as **Exhibit 8**.  True and correct copies of Sedgwick's November 16, 2020 and December 14, 2020 leave extension notifications regarding Mr. Newman are attached hereto as **Exhibits 9** and **10**, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this _8th_ day of April, 2024 in San Francisco, California.



DocuSigned by:

Ana Carolina G Andrade

385F4F6930674E5...

CAROLINA ANDRADE

EXHIBIT 1

7/23/2020                           Google.com Mail - Fwd: Wow even more has changed since we chatted

Esther Yeu <estheryeu@google.com>

## Fwd: Wow even more has changed since we chatted
3 messages

**Carolina Andrade** <acandrade@google.com>                                    Thu, Jul 23, 2020 at 2:07 PM
To: Esther Yeu <estheryeu@google.com>

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Wed, Jul 22, 2020 at 6:40 PM
Subject: Wow even more has changed since we chatted
To: Carolina Andrade <acandrade@google.com>


TLDR;  John Mac is new Practice Director of G Suite.  I'm looking to get promoted this perf cycle at Google as we discussed and then move to a Job share or less than full time role. I just submitted my paperwork for care leave.  Let me know when you want to chat.  I can give you info on blockers but honestly it is a waste of my time and yours.

Full story:


So I just got the news that John Mcdonald is the new Practice Director for G Suite and Kurt is about to become the Manager of the G Suite Specialist team.


You don't need to do any blocker analysis nor do I.  It is both a waste of our time.  These two decisions will likely be detrimental to the organization.  I just ran the numbers myself and my team is still verifying. This likely is a move that will have $XXB of lost revenue in the next 18 months alone.  Alphabet is a large enough company that it will not impact them as a whole.  We calculated it will only have a 3.76% effect on the overall value of Alphabet.

Based on that and the mistakes made by the organization since the Hiring of TK,  it would be our recommendation for Alphabet to sell off the G Suite business Unit.


Now my company was not hired to audit Google but we have already audited 50% of the fortune 1,000 so why not Audit Google while I'm here for our own research.  The 1,000s of hours of interviews and the research we have has given us really strong data about the Google Cloud business as a whole.  Let alone the full access to financial data among other information obtained on the organization.


 It really saddens me what people have done but I am honestly not that sad because I only worked here 2 years and the amount of money I will make off of this information in the first deal I signed yesterday will make every member of my family never have to work again if they don't want to.

I read work rules before I started at Google and I thought this seems like a great place I want to learn from them.   Well the days laszlo are long gone.  The biggest thing I have learned at Google is how not to run a company.


I wish all the Googlers I have met the best.  I would love to stay on at Google and help them right the ship but I imagine based on the analysis I have done someone who thinks they know more than me or my team will say steve does not need to be a part of Google anymore.


That will be a sad day for me.  I think I have helped Google make more money out of G Suite than any other person in the organization.   Someone who has never met me and does not know anything about me or the fact that my companies have had a bigger impact on the economy of the world than he can fathom will say I will be part of me no longer working at Google.

GOOG-NEW-00344

I don't wish anyone any harm. I am willing to share any of my data if Google is interested.  I have tried to share my data countless times and no one has listened so I doubt if someone gets me fired anyone will listen to me.

I would like to get promoted to the level that I should be at Google. Based on my experience that would be a minimum level 8.  I am currently a level 5.  It clearly is impossible for me to get paid my fair market value.  I am however still will to work for google in a non full time role.

I am already working with Kurt for the promo cycle that is coming up.  He is willing to do whatever it takes to help me get promoted. He also told me if he does take the job as the G Suite Specialist CE team Manager he will not stay at Google long but he would take me on his team in any capacity I am interested in.

I thought John was on paternity leave but I guess he is back.  I just set up a meeting with him later this week and I will let him know I am looking for a lesser role and need help with the perf cycle.  I'm not sure how this works exactly because I have worked on your team for only a couple months.  I actually was told I was getting promoted and then it was announced perf was on hold.

The CE Managers already completed calibration and I was told I would be promoted then we were told perf is cancelled. So google cancelled perf after it was done.  Another Great example of how poorly this organization is run.

Dont get me started on how Google also still owes me money for inaccurately calculating my bonus because I switched teams.   They paid me 50% the bonus they owed me.

They told me yes that is our mistake someone imputed your salary value wrong.  We will pay you at the next quarter bonus.  Which at the time is roughly 3 months away.

the monthly rate of return on the investment fund I manage is 24.7%

will Google pay me the money they owe me plus interest....no not even at a t bill rate let alone the amount of money I would have made on it in the 3 months Google collected interest on it.

I don't care if it's only a drop in the bucket and one more story for the book or movie.  It's just hilarious to me how poorly run this company is.

--
Carolina Andrade | Google Cloud - G Suite | +1

---

**Carolina Andrade** <acandrade@google.com>                                    Thu, Jul 23, 2020 at 2:14 PM
To: Esther Yeu <estheryeu@google.com>

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Wed, Jul 22, 2020 at 6:40 PM
Subject: Wow even more has changed since we chatted
To: Carolina Andrade <acandrade@google.com>

TLDR;  John Mac is new Practice Director of G Suite.  I'm looking to get promoted this perf cycle at Google as we discussed and then move to a Job share or less than full time role. I just submitted my paperwork for this cycle to get me



GOOG-NEW-00345

know when you want to chat.  I can give you info on blockers but honestly it is a waste of my time and yours.

Full story:

So I just got the news that John Mcdonald is the new Practice Director for G Suite and Kurt is about to become the Manager of the G Suite Specialist team.

You don't need to do any blocker analysis nor do I.  It is both a waste of our time.  These two decisions will likely be detrimental to the organization.  I just ran the numbers myself and my team is still verifying. This likely is a move that will have $XXB in lost revenue in the next 18 months alone.  Alphabet is a large enough company that it will not impact them as a whole.  We calculated it will only have a 3.76% effect on the overall value of Alphabet.

Based on that and the mistakes made by the organization since the Hiring of TK,  it would be our recommendation for Alphabet to sell off the G Suite business Unit.

Now my company was not hired to audit Google but we have already audited 50% of the fortune 1,000 so why not Audit Google while I'm here for our own research.  The 1,000s of hours of interviews and the research we have has given us really strong data about the Google Cloud business as a whole.  Let alone the full access to financial data among other information obtained on the organization.

 It really saddens me what people have done but I am honestly not that sad because I only worked here 2 years and the amount of money I will make off of this information in the first deal I signed yesterday will make every member of my family never have to work again if they don't want to.

I read work rules before I started at Google and I thought this seems like a great place I want to learn from them.   Well the days laszlo are long gone.  The biggest thing I have learned at Google is how not to run a company.

I wish all the Googlers I have met the best.  I would love to stay on at Google and help them right the ship but I imagine based on the analysis I have done someone who thinks they know more than me or my team will say steve does not need to be a part of Google anymore.

That will be a sad day for me.  I think I have helped Google make more money out of G Suite than any other person in the organization or at any partner.   Someone who has never met me and does not know anything about me or the fact that my companies have had a bigger impact on the economy of the world than he can fathom will say this guy is crazy and will be part of me no longer working at Google.

I don't wish anyone any harm. I am willing to share any of my data if Google is interested.  I have tried to share my data countless times and no one has listened so I doubt if someone gets me fired anyone will listen to me.

I would like to get promoted to the level that I should be at Google. Based on my experience that would be a minimum level 8. I am currently a level 5.  It clearly is impossible for me to get paid my fair market value.  I am however still will to work for google in a non full time role.

I am already working with Kurt for the promo cycle that is coming up.  He is willing to do whatever it takes to help me get promoted. He also told me if he does take the job as the G Suite Specialist CE team Manager he will not stay at Google long but he would take me on his team in any capacity I am interested in.

I thought John was on paternity leave but I guess he is back.  I just set up a meeting with him later this week and I will let him know I am looking for a lesser role and need help with the perf cycle.  I'm not sure how this works exactly because I have worked on your team for only a couple months.  I actually was told I was getting promoted and then it was announced perf was on hold.

The CE Managers already completed calibration and I was told I would be promoted then we were told perf is cancelled.  So google cancelled perf after it was done.  Another Great example of how poorly this organization is run.

Dont get me started on how Google also still owes me money for inaccurately calculating my bonus because I switched teams.   They paid me 50% the bonus they owed me.

Searching...   X

GOOG-NEW-00346

7/23/2020                           Google.com Mail - Fwd: Wow even more has changed since we chatted

They told me yes that is our mistake someone imputed your salary value wrong.  We will pay you at the next quarter bonus.  Which at the time is roughly 3 months away.

the monthly rate of return on the investment fund I manage is 24.7%

will Google pay me the money they owe me plus interest....no not even at a t bill rate let alone the amount of money I would have made on it in the 3 months Google collected interest on it.

I don't care if it's only a drop in the bucket and one more story for the book or movie.  It's just hilarious to me how poorly run this company is.

--
_____

Carolina Andrade | Google Cloud - G Suite | +1

---

**Esther Yeu** <estheryeu@google.com>                            Thu, Jul 23, 2020 at 3:28 PM
To: Carolina Andrade <acandrade@google.com>

Thanks, Carolina. Could you also forward the doc you received when he first joined your team about his family? Thanks.

On Thu, Jul 23, 2020 at 2:07 PM Carolina Andrade <acandrade@google.com> wrote:

> ---------- Forwarded message ---------
> From: **Steve Newman** <stevenewman@google.com>
> Date: Wed, Jul 22, 2020 at 6:40 PM
> Subject: Wow even more has changed since we chatted
> To: Carolina Andrade <acandrade@google.com>
>
>
> TLDR;  John Mac is new Practice Director of G Suite.  I'm looking to get promoted this perf cycle at Google as we
> discussed and then move to a Job share or less than full time role. I just submitted my paperwork for care leave.  Let
> me know when you want to chat.  I can give you info on blockers but honestly it is a waste of my time and yours.
>
> Full story:
>
> So I just got the news that John Mcdonald is the new Practice Director for G Suite and Kurt is about to become the
> Manager of the G Suite Specialist team.
>
> You don't need to do any blocker analysis nor do I.  It is both a waste of our time.  These two decisions will likely be
> detrimental to the organization.  I just ran the numbers myself and my team is still verifying. This likely is a move that
> will have $XXB of lost revenue in the next 18 months alone.  Alphabet is a large enough company that it will not impact
> them as a whole.  We calculated it will only have a 3.76% effect on the overall value of Alphabet.
>
> Based on that and the mistakes made by the organization since the Hiring of TK,  it would be our recommendation for
> Alphabet to sell off the G Suite business Unit.
>
> Now my company was not hired to audit Google but we have already audited 50% of the fortune 1,000 so why not
> Audit Google while I'm here for our own research.  The 1,000s of hours of interviews and the research we have has

Searching...    X

GOOG-NEW-00347

given us really strong data about the Google Cloud business as a whole.  Let alone the full access to financial data among other information obtained on the organization.

 It really saddens me what people have done but I am honestly not that sad because I only worked here 2 years and the amount of money I will make off of this information in the first deal I signed yesterday will make every member of my family never have to work again if they don't want to.

I read work rules before I started at Google and I thought this seems like a great place I want to learn from them.   Well the days laszlo are long gone.  The biggest thing I have learned at Google is how not to run a company.

I wish all the Googlers I have met the best.  I would love to stay on at Google and help them right the ship but I imagine based on the analysis I have done someone who thinks they know more than me or my team will say steve does not need to be a part of Google anymore.

That will be a sad day for me.  I think I have helped Google make more money out of G Suite than any other person in the organization or at any partner.   Someone who has never met me and does not know anything about me or the fact that my companies have had a bigger impact on the economy of the world than he can fathom will say this guy is crazy and will be part of me no longer working at Google.

I don't wish anyone any harm. I am willing to share any of my data if Google is interested.  I have tried to share my data countless times and no one has listened so I doubt if someone gets me fired anyone will listen to me.

I would like to get promoted to the level that I should be at Google. Based on my experience that would be a minimum level 8.  I am currently a level 5.  It clearly is impossible for me to get paid my fair market value.  I am however still will to work for google in a non full time role.

I am already working with Kurt for the promo cycle that is coming up.  He is willing to do whatever it takes to help me get promoted. He also told me if he does take the job as the G Suite Specialist CE team Manager he will not stay at Google long but he would take me on his team in any capacity I am interested in.

I thought John was on paternity leave but I guess he is back.  I just set up a meeting with him later this week and I will let him know I am looking for a lesser role and need help with the perf cycle.  I'm not sure how this works exactly because I have worked on your team for only a couple months.  I actually was told I was getting promoted and then it was announced perf was on hold.

The CE Managers already completed calibration and I was told I would be promoted then we were told perf is cancelled.  So google cancelled perf after it was done.  Another Great example of how poorly this organization is run.

Dont get me started on how Google also still owes me money for inaccurately calculating my bonus because I switched teams.   They paid me 50% the bonus they owed me.

They told me yes that is our mistake someone imputed your salary value wrong.  We will pay you at the next quarter bonus.  Which at the time is roughly 3 months away.

the monthly rate of return on the investment fund I manage is 24.7%

will Google pay me the money they owe me plus interest....no not even at a t bill rate let alone the amount of money I would have made on it in the 3 months Google collected interest on it.

I don't care if it's only a drop in the bucket and one more story for the book or movie.  It's just hilarious to me how poorly run this company is.

--

Searching...    X

GOOG-NEW-00348

Carolina Andrade | Google Cloud - G Suite | +1

Searching...    X

GOOG-NEW-00349

EXHIBIT 2

**Esther Yeu <estheryeu@google.com>**

---

## Fwd: Hi Tom and Kevin

---

**Carolina Andrade** <acandrade@google.com>                                    Fri, Jul 24, 2020 at 8:10 AM
To: Esther Yeu <estheryeu@google.com>, Laurence Fahey <laurencefahey@google.com>

Hi Esther,

I received this email from Steve overnight. Kurt and John McDonald know that this was sent. Kurt said that Steve is adding meetings on his calendar and he's declining.

He also applied for Carer's leave from the 27th to Aug 6th.

Thanks,

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Fri, Jul 24, 2020 at 2:42 AM
Subject: Fwd: Hi Tom and Kevin
To: Carolina Andrade <acandrade@google.com>

Based on the conversations I have had with the Googlers I know and my Google career counselor unfortunately I feel like I may get fired.  Before I loose access to everything I sent the below note.  I don't know if they have any power but at least they are right above Kurt.

I know we haven't worked together long.  So far I like you.  I don't want to leave Google.  If Google is actually interested in selling G Suite I would actually buy it.  Name the price.  But I'm new and I'm not Oracle therefore I loose.   I wish you the best of luck.  When you want to leave Google let me know.  I'll match your salary 50/50 split commission you set the number and you tell me how much you need for moving expenses to get you back to brazil.

If you'd like to chat ping me.  If they already fired me then n@esn.ninja is my personal email.

You are the only Googler that has that email.  Reach out if you ever need anything.

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Fri, Jul 24, 2020 at 5:14 AM
Subject: Hi Tom and Kevin
To: Tom DeFeo <defeo@google.com>, Kevin Collins <kevincollins@google.com>

Kevin we may have briefly met Tom I do not think we have had the pleasure.  Unfortunately it looks like I am going to be forced to leave Google.  In my opinion I am one of the 5 most knowledgeable people in G Suite in the world.  The other 4 are or were on John MacDonald's team with me.

John Kurt and I were the first 3 Members on the G Suite Specialists CE team.  I joined the team with a decade of G Suite CE experience.  I helped write the exam on CE and Admin certification as a partner.  I had already take 30+ fortune 100 customers through G Suite evaluations.

John and Kurt combined I think had 2 years G Suite experience.  Yesterday I was just told John was made Practice director and Kurt is in line to Manage the specialist team.

Searching...   X

GOOG-NEW-00342

I was told this by Kurt.  I was meeting with Kurt because as the interim manager Kurt would have to help me get promoted.  Kurt was on board, told me the news about John said we will likely take over the G Suite specialist team.

I said great what are your plans.  He said as soon as I have manager experience I am going to leave google for a sweet start up.

I said ok can you help me get promoted before you leave.  He said absolutely.  Shares the promotion package he put together and everything in it is a lie or he is taking credit for work I did.

He said he got promoted to the same level as me.   The entire time John Told me I was not eligible for a promotion.  Yet Kurt who I trained on deployment services not even a year ago is the same level as me.


I've made hundreds of millions of dollars for G Suit and unfortunately these two hires I believe will be the end of G Suite.  I run the technical startegy for g suite and as I am working through leaving Google I have recommended to leadership the Alphaphet Sells off G Suite.  Instantly Google Cloud will become the #1 cloud vender and all 2020 Revenue goals will be met.  Leadership has never listened to me before because I'm only a level 5.


I'm not sure who my exit interview should be with but if either of you would like to chat before I leave I would love to.
 I've worked on G Suite since its inception and it saddens me what is happening to it.


Thanks,


Steve


--
_____
Carolina Andrade | Google Cloud - G Suite | +1

Searching...    X

GOOG-NEW-00343

EXHIBIT 3



Esther Yeu <estheryeu@google.com>

## Fwd: Copy of Enzinger - GCCT YE19 Promotion Notes - Invitation to edit

**John MacDonald** <johnmac@google.com>                          Tue, Oct 27, 2020 at 9:17 AM
To: Esther Yeu <estheryeu@google.com>

Hello Esther,

Not sure how I didn't find this in our first discussion. Here is the note I received from Steve which may be similar to others you have seen from others.

Please let me know if you need anything else.

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Thu, Jul 23, 2020 at 10:00 AM
Subject: Re: Copy of Enzinger - GCCT YE19 Promotion Notes - Invitation to edit
To: John MacDonald <johnmac@google.com>

Hey John,

**TLDR;** I've learned a lot in the last 48 hours about how dysfunctional Google is.  I'm definitely open to helping turn this around but I would like to be compensated accurately.  I'm working on my next move inside Google or away from Google and we can chat anytime were both available.

Happy to discuss anything you would like my calendar is typically always up to date.   Just so you are aware I will likely not be at Google much longer or I will be in a shared role not working full time.

If you want to chat more about it or would like to see a high level recap of what is going on I will send over some notes I just put together.

Just so you are aware I have chatted with Tony, Chris Walsh and Kurt about doing a Job share.   There are a few other folks that I may chat about it with as well.

I told them I am interested in Working 1 - 3 days a week.   I told Kurt I would also be interested in some sort of role on the G Suite Specialist team and that I didn't think I would have to do a job share.  We could figure out the right responsibilities, I take on less deals or I manage our teams interaction with a specific XYZ.

Kurt was really interested and said we can talk more about it if he gets the Job.

At a high level why am I leaving or looking to work less at Google?   I just finished my 2019 financials and in 2019 Google paid me $46 dollars an hour.   I don't pay myself in any of the side businesses I own but if I were to adjust the increase in net worth to an hourly wage, I paid myself $178,000 an hour.

I got the research I needed for my other projects.   I have tried to help Google in numerous ways and am constantly ignored.   I wanted to work at Google because I enjoyed reading Work Rules by Laszlo Bock.  A lot of the stuff Google

GOOG-NEW-00334

does is really cool and a lot of stuff is hilariously a waste of time and money.

I thought the G Suite Strategy Lead job would be fun and interesting.  Well it's not.  Most PMs don't know about the program or think its a waste of time.   We have over a decade worth of customer input that was not even considered being added.  Less that 1% of features in the Blocker program will help unblock any revenue.

Kurt has his work on the TDB program as accomplishments but his work has really hurt G Suite.   We have PMs leaving and the TDB program as part of the reason why.

Don't get me wrong Kurt is a great guy I like him and I wish him nothing but the best.  But I also Love G Suite.  It's made me enough money that no family member of mine will ever have to work again if they don't want to.

I had a very real conversation with my manager two days ago.  She scheduled a meeting with me and berated me for not showing up for meetings.   I did not go to our team meeting that day because it is a waste of Time.

The team meeting never has an agenda.  Every minute of it is a waste of time and possibly I will have 1 or 2 actions items by the end of the meeting and they are put in the shared team notes doc.   I responded to the team meeting no and added a note letting them know I would not make it  and to ping me or set up a meeting on the calendar if you would like to chat. 5 minutes into the meeting my manager is chatting me repeatedly. Hey are you joining.......the whole team is here it would be great if you join.

Um....I responded no, I will not join.   I don't remember the exact reason at the time but lets count the possibilities........ My sisters husband is in rehab for pain killer addiction and she has a special needs child that I help take care of.   Prior to Google I lived with my sister to help her take care of my niece.  Google would not let me work from orlando so I could no longer help with Kaelin or Hayden.

My mother in law has MS.  Sometimes we help a lot sometimes she does great and is on her own.  2 years ago she became a widow.  It was difficult at first but now she has made some connections that I think have actually made her life better.  She and her husband were renting a house and the landlord wanted to sell it last year so Betty had to find a new place to stay.

OK not a problem I have numerous rental properties around Atlanta so take your pick or we can find you a house you love.  In my mind the rental house was not an option.  It was not a good investment property,  it has tons of issues,  my mother in law has lived there almost 20 years and she has told me multiple times this is not and never will be my home.

The only reason they lived there for so long is convenience.  When my wife was a young child her family was probably in the top wealthiest 1 percent of people in Atlanta.  Dad went to Duke undergrad and Vanderbilt law partner at one of the top 3 law firms in Atlanta.  On top of the world.  The kids go to Westmister, one of the top 50 schools in the country.  Today it only costs $20k+ a year for kindergarten.

Anyways while on the outside everything seemed great.....what was really happening..........Her dad was an alcoholic, was cheating on his wife and never paid any taxes on the money he earned.   Everything they owned including the house was taken from them.  I could go on and on more but this email is way too long.

Why did I miss the meeting......does it matter.........No agenda and a waste of your time in my mind no need to join a meeting.  There are numerous Google Meeting rules lists out there they say similar things. They continually just drop work on my plate when most of the things they are asking for already have a dashboard or are in a deck they are just being lazy.

She also said that she has been getting complaints from other people.   I asked who.  She said simonebender@google.com.    I don't know Simone that well but from our interactions she does not know anything about G Suite.  Anyways about a month ago. My boss asks me if I can train all the partners on remote Meet Workshops. I told my Boss I literally can do any Job at Google so this is a piece of cake.  Is this something we should do or want to do is the question.

Carolina goes well it looks good on perf and maybe someone will give you a spot bonus.     I go ok I am a level 5 and Kurt just told me he is a level 5 too so I should get promoted let me do everything I can

GOOG-NEW-00335

I have over 10 years management experience and before coming to Google I was managing a pnl larger than G Suite as a whole but I am the same level employee in Google's eyes as Kurt Enzinger who has told me he just needs to become a manager so he can leave and that he works maybe 20 hours a week.  I asked him how things were going as interim manager and he said OK.....he worked almost 30 hours that week and he is like I don't have full control over my calendar.

I make $46 an hour at Google and I agree to help.  I ask the details of the meeting and format and she says that we are not sure the format but we will be presenting the options so let me know what works best.

I said the best option would be to have an interactive session or at the very least have Q and A from partners.   If the sessions can't be interactive then lets just record it a head of time so its perfect.

The session is an Hour long.  2 of the Meet use case demos are being presented by that team and then I am presenting for 25 minutes on how to deliver a workshop.  No guidance given from anyone on what to prepare.  I set up a meeting with Kurt to get his input because if I am training all our partners how to do something then CE specialists should be on the same page. Kurt had nothing to contribute.  I told him the several things I was thinking and he goes yup that all sounds good.  Typical Kurt fashion do no work and likely at some point he will say he did this.

My content is done the second she tells me what she wants.  I don't need slides to present but I have them if needed.  I have been doing this over a decade.   So she tells my boss something I don't know by my boss is concerned that I am not doing my job.

Then guess what happens.......Simone thows a quick sync on my calendar to make sure everything is on track.   She schedules the meeting for a time when I am already double booked.  Then chats me non stop when the meeting time starts can I join.

So I leave my other meeting to chat with her.  Im like hey whats the issue?  the presentation is not untiul July 29th and Tony and My portion is done.  How can I help you.  She says your slides are not in the deck yet.  I said I wasn't planning on using slides I am doing more of an interview style conversation with tony and then taking questions from partners to talk through scenarios.

She then kind of freaks out.   She says there will be no Q and A with partners this will not be a live session.   I go oh ok no problem Tony and I were gonna do something really awesome with anyone on the webinar that wanted to participate so we can just move that to another session.

I said we can just record our portion when do you need it?  She goes no we have to present live because were streaming it to youtube.   I go that does not make any sense, you can upload a video to youtube so if there is no interaction from attendees Tony and I can just record it and fix any issues til its perfect.   She tells me know you  can't do that we have to perform it live. I go ok thats fine I'm just asking tony questions anyways I'm sure I can easily get a couple hundred people to join that session. I ask her to make sure Tony is on the invite.  She tells me that we can only have 4 people from Google with the ability to talk in the meeting so I am not sure if Tony can be added.  I said no problem if you can't add him then I can just present.

So me (and hopefully tony) are presenting to our partners July 29th.  The partners can't interact with us, ask us questions or really participate in any way.  Not a big deal hopefully I can still help some partners.  I ask how many people have registered.  She would not tell me but I think it is single digits.

So she has wasted approximately 4 hours of my time now.   She ignored everything I said I wanted to do in the presentation.  We also have no attendees.   I could schedule a webinar myself for 90 minutes from now and I would have over 1k partner participants.  One of many straws that have broken the camels back so it is finally time for me to seek a lesser role or move on from Google.

GOOG-NEW-00336

Prior to Hire:

I told the recruiter that my base salary should at least be 220k  I was not sure at the time how google did stocks bonus etc but I said a 220k Base salary is the base salary I would be willing to take.  She goes ok great.  Let me se what I can do.

When they asked about my qualification to be a G Suite Specialist I said

I am G Suite Deployment Certified
I am G Suite Admin Certified
I helped build and pilot the G Suite CE certification (I also have now redone this at Google now that we renamed it to P&C)

She didn't know these certifications existed.

I had helped 20+ Fortune 100 companies evaluate G Suite before I started at Google
I have made over 100 Million dollars in profit related directly to G Suite services
I sold a company that ⅓ of which was related to Google for over $400 million dollars.

She comes back with an offer and she says that the best I could do was 224K.

I go ok thats not too bad only a 25% pay cut.

She sends the offer and its not 224k  base salary. Thats full OTE so I would make ⅓ of what was currently at OTE and I have had years of 10X my OTE.

I had a frank conversation with the recruiter and told her that I clearly am over qualified and I shouldn't take this role.

She told me well what if we get you some more money and you will get a stock refresh at the end of the year (I didn't get one).

I asked her to get me the best deal possible.  It was still extremely low. It was a 5k increase in base.  She said this is the most we will pay someone in atlanta ( on a separate note I filed an HR complaint and let them know that Google does not pay at the tru market value for atlanta) I employ more employees in atlanta than Google so I have more employment record data.  I have no idea if anyone listened to my HR complaint.  It should also be noted in my complaint that I was not asking for more money for myself.  But Google keeps telling people that we pay at the top of market value and I have the data that proves Google does not. I do not want new talent to be disappointed once they join because that is what repeatedly happens and our good hires leave and our bad hires stay and milk google as much as they can.

When I took this Job I made it very clear.  I asked if I could record the conversation and I was told yes.  I was using a service that records the conversation and provides a transcript of the conversation.  I still have all of this.

I said the only way I would take the role is if I can use anything I learn in my own businesses, My personal memoir, and my movie currently in production.

I was told as long as all I am doing is my job and I don't do anything against the Google code of ethics etc, then anything I learn can be included in my own accounts of the events.

I also consulted with my attorneys and I told them of my plans to work at google to gain knowledge for my own use.  I have been a model employee for my full time at Google.  I believe I have gone above and beyond what a typical

GOOG-NEW-00337

employee does.  It saddens me the culture and lack of management experience at the company.

I took the job to learn why Google is or has been the #1 place to work.  I discovered why and it just saddens me.  My research is done and I am ready to move forward or move into a less than full time position.

I make more money than the entire G Suite organization and now I understand it completely inside and out.   My next Goal is to use the information for the digital platform I am building to have a $20 billion monthly profit rate before Google Cloud has that as a yearly run rate.

On Thu, Jul 23, 2020 at 12:43 AM John MacDonald <johnmac@google.com> wrote:
> Good evening Steve and thank you for the congratulations.
>
> I had been collaborating quite a bit with other Practice Directors in an interim fashion over the past several months and the role seems like it can have quite a positive impact. I am not going very far but I will truly miss the hands on with the CE team.
>
> I was meaning to reach out to you as I just returned from a one month leave. I see us working together quite a bit moving forward and I would love to hear of the progress you have made with the program.
>
> I appreciate you sharing these notes with me and I wonder if you are open to discussing them further. Kurt will be acting in the lead role as he recently interviewed for the Team Lead role and he was successful in securing the position. Tom DeFeo will be the official Manager until they select a replacement. I believe the role will open up in the coming days.
>
> Please let me know if you have time to sync. I would love to catch up but would also like to touch on this topic if you are open to it.
>
> Thank you Sir and I will speak to you soon.
>
>
> On Wed., Jul. 22, 2020, 11:52 p.m. Steve Newman (via Google Docs), <drive-shares-noreply@google.com> wrote:

GOOG-NEW-00338

Steve Newman has invited you to **edit** the following document:

 Copy of Enzinger - GCCT YE19 Promotion Notes



Hey John,

Congrats! Kurt told me today you are the new practice director for G Suite. Thats awesome. I do have one big concern and that is that Kurt said he is going to likely be the new team Manager on the specialist team.

I am really concerned for the team if that happens. Kurt shared with me his notes today he used to get promoted as I am working to get promoted to level 6.

Pretty much everything in these notes is inaccurate or he is taking credit for someone else work. its not that big of a deal to me because im not on the team but if I were still on the and he became my manager I would immediately put in my notice.

Just wanted to give you my two cents.

Open in Docs

Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because stevenewman@google.com shared a document with you from Google Docs.



--





- **John MacDonald**
- North America Practice Director, Productivity & Collaboration
- johnmac@google.com
- 647.309.3621

[Quoted text hidden]

GOOG-NEW-00339

EXHIBIT 4

6/8/22, 2:09 PM                                        00360175 | Salesforce

🗂 00360175 (/light...     🗂 Child Cas...     ⌄   ✕

**Case**
## 00360175

[ + Follow ]   [ Edit ]   [ Change Owner ]

| Subject | Case Contact | S... | S... | Case Owner |
|---|---|---|---|---|
| [f2f] Steve Newman, on my te | Carolina Andr... | 🔴 Cl os ed | C... | Esther Ye... |

**Case Details**   Feed   Docs   Related

⌄ **Case Information**

Case Submitter ℹ
Carolina Andrade
(/lightning/r/003f200002byoaGAAQ/view)

Unread Update ℹ
☐

Case Contact ℹ
Carolina Andrade
(/lightning/r/003f200002byoaGAAQ/view)

Priority ℹ
Normal

Case Subject ℹ
Steve Newman
(/lightning/r/003f200002bybsbAAA/view)

Googler Urgency ℹ
Urgent

Status ℹ
Closed

Case Owner Group ℹ
US - Cloud1

Sub-Status ℹ
Completed

Initiated by HR ℹ
No

Subject ℹ
[f2f] Steve Newman, on my team, seems to be struggling with a mental health episode and I need urgent help because he's interacting with other Googlers and partners.

Origin Type ℹ

Case Submitter LDAP
acandrade

Feedback Summary

⌄ **Description Information**

🔖 Recent Items   ⚓ List View   🕘 History   📑 Notes

Description ℹ

GOOG-NEW-00295
CONFIDENTIAL

Description ℹ️

Steve has been missing meetings for over a week and after I finally had the chance to talk to him, he seemed to be having a mental breakdown. He's going off on a rant, demanding promotion, claiming to be taking Google's information for a movie/book deal, etc. Interactions were documented.

00360175 (High...        Unindexed...        ✕

| Link to Drive Folder ℹ️ | Case Thread Id ℹ️ |
|---|---|
|  | ref:_00Df21H601._5005w1bAh4Q:ref |

My Google Request URL ℹ️

https://goto.google.com/myhr-tickets-sfid/5005w00001bAh4QAAS (https://goto.google.com/myhr-tickets-sfid/5005w00001bAh4QAAS)

## ∨ Escalation Information

| Escalated? | Senior Leader Flag |
|---|---|
| ☐ | ☐ |
| Escalation Priority Level | Escalation Channel ℹ️ |
| Escalation Type | Escalation Destination ℹ️ |
| Escalation Reason |  |

## ∨ System Information

| Case Origin ℹ️ | Date/Time Opened |
|---|---|
| My Google | 7/23/2020 9:02 AM |
| Form Name | First Touch Complete? |
|  | 1 |
| Historical Case Owner | First Touch Date ℹ️ |
|  | 7/23/2020 1:19 PM |
| Last Modified By | Date/Time Closed ℹ️ |
| Esther Yeu (/lightning/r/005f200000AifrZAAR/view) , 4/26/2021 10:27 AM | 4/26/2021 10:27 AM |
| Case Type ℹ️ | Total Time Spent (in Hours) ℹ️ |
| Parent | 0.00 |
| Parent Case ℹ️ | Resolved Queue |

| 🔖 Recent Items | ↧ List View | 🕐 History | 🗒 Notes |
|---|---|---|---|
| Web Email ℹ️ |  |  | Routing Pattern |

GOOG-NEW-00296
CONFIDENTIAL

6/8/22, 2:09 PM                                    00360175 | Salesforce

Listening Queue                              Referring Article

Auto-Route Queue
🗄 00360175 (/light...      🗄 Child Cas...   ⌄  ✕

⌄ GUTS Details

GUTS ID ⓘ                                    GUTS CC List ⓘ

GUTS Ticket Link                             GUTS Sync Status ⓘ
Please click here
(https://gutsv3.corp.google.com/#ticket/)

GUTS Status ⓘ                                GUTS Requester ⓘ

GUTS Pending Sub-Status ⓘ                    GUTS Assignee ⓘ

GUTS Assignee Group ⓘ

Last GUTS Synced Time ⓘ

**Agent Actions**

    + Create Child Ticket (GUTS)    ➤ Send to Scanning    + Add File Link

**Service Taxonomy Details**                          ✏ Edit

Service Level 1                              Outcome
                                             Termination

Service Level 2                              Work Type
Workplace Concerns                           Consultative

Service Level 3
Misconduct / Policy Related

Service Level 4

Service Level 5

🔖 Recent Items    ⚓ List View    🕑 History    📑 Notes

GOOG-NEW-00297
CONFIDENTIAL



6/8/22, 2:09 PM

00360175 | Salesforce

Service Level 6

Service Taxonomy - Feedback
(https://goto.google.com/popsconnect-taxonomy-feedback)

Service Taxonomy - QRG
(https://goto.google.com/popsconnect-taxonomy-qrg)

00360175 (/light...        Child Cas...  ∨  ✕

## Tags                                                                    ❯

## Contact Details                                                          ▾

Preferred Public Name
Carolina Andrade

Start Date  ⓘ
9/30/2013

Employee ID  ⓘ
240924

Title  ⓘ
Sales Operations Manager II

LDAP
acandrade

Title
Sales Operations Manager II

Location  ⓘ
US-SFO-2HS (/lightning/r/a03f200000qOQeBAAW/view)

Department  ⓘ
Global Business

Tenure  ⓘ
8 Year(s) 8 Month(s)

Cost Center  ⓘ
1F4

Reports To  ⓘ
David Mihalchik (/lightning/r/003f200002uegJJAAY/view)

## Other People Involved

🔖 Recent Items    ⚐ List View    ⏱ History    ✏ Notes

GOOG-NEW-00298
CONFIDENTIAL

6/8/22, 2:09 PM                                          00360175 | Salesforce



## Case Team

Recent Items    List View    History    Notes

GOOG-NEW-00299
CONFIDENTIAL

EXHIBIT 5

Esther Yeu <estheryeu@google.com>

## Making sure you are okay and know about these resources

**Carolina Andrade** <acandrade@google.com>                    Fri, Jul 31, 2020 at 7:55 AM
To: Esther Yeu <estheryeu@google.com>

FYI

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Fri, Jul 31, 2020, 2:58 AM
Subject: Re: Making sure you are okay and know about these resources
To: Carolina Andrade <acandrade@google.com>

Thanks Carolina I appreciate it.  I am very familiar with Google's mental health resources I actually volunteer for the blue dot program.

I just got put on disability which is weird.  But Google I believe violated my rights so we will likely go to arbitration since I am not allowed to sue them.

Google went behind my back to my wife and shrink.   They shared the email I wrote about buying G Suite.  Now my Dr. Thinks I may have bi polar.   I've been seeing him over 2 years and he once perscribed me latuda which is a bi polar medication.  When he did he said I'm confident you don't have Bi polar bit these meds have not been approved for depression yet.

 I'm sure the Oracle people think I'm an idiot.  I'm not joking.  I've got the green light for 30 billion to buy G Suite. Alphabet can keep all consumer data and add revenue in perpetually. Once someone runs the numbers they will realize I'm right.

It's not my money it's pine river, Microsoft's and Amazon's money.

Before this I didn't have a movie but now I'm confident I can get one if I want, his story is way better than the garbage on Netflix.

I see your OOO so hopefully your well and on vacation.

Not sure how long I will be on disability but I still believe I should be promoted this perf cycle.   I won't be answering any Google emails while on disability so just a heads up.  I will extend my OOO as well.

Thanks,

Steve

> On Fri, Jul 24, 2020, 8:01 AM Carolina Andrade <acandrade@google.com> wrote:
>> Hi Steve,
>>
>> Given our last interactions, I'm concerned about you and want to make sure you know about some of the resources available to you. If you have questions about these resources, or want to learn about other types of support, you can reach out to go/myHR.
>>
>>   • go/EAP provides access to counseling, therapy, and stress management
>>   • go/healthapps links to app-based resources like Talkspace

GOOG-NEW-00353

- go/mentalhealth - central hub for mental health resources
- go/wellbeing - central hub for wellbeing resources
- go/resilience - info on how to respond to and recover from stress
- go/gCalm: Online, highly interactive learning experience to you manage stress and build resilience
- go/gPause: Mindful practices to help manage stress, increase happiness, and boost productivity
- go/Sleepio: Resources to improve your sleep
- go/cvmentalhealth - COVID-19 mental health resources

As I've stated many times before please know I'm here for you and want to support you in anyway I can. Let me know how I can help.

Thanks,
Carolina

GOOG-NEW-00354

EXHIBIT 6

Esther Yeu <estheryeu@google.com>

## Fwd: Steve Newman

5 messages

**Carolina Andrade** <acandrade@google.com>                          Sun, Jul 26, 2020 at 9:11 AM
To: Esther Yeu <estheryeu@google.com>, Laurence Fahey <laurencefahey@google.com>

Hi Esther,

Steve's wife sent me an email explaining what has been happening. I replied trying to comfort her in this difficult situation and said I was forwarding the email to you.

Please let me know of next steps (if any).

Thanks,
Carolina

---------- Forwarded message ---------
From: **Carolina Andrade** <acandrade@google.com>
Date: Sun, Jul 26, 2020 at 9:08 AM
Subject: Re: Steve Newman
To: Elizabeth Newman <elizabeth.hill.newman@gmail.com>

Hi Elizabeth,

Thank you so much for reaching out, I really appreciate it and I can only imagine how hard this must be for you and your family. I have certainly noticed something was different but it was difficult for me to understand the extent of it. I tried to make sure that Steve knew that Google has many ways to offer support when dealing with mental issues. He claims he knew and was already working with HR.

I've been working with our HR to make sure Steve is properly supported, so I'll forward them your email to help them understand the issue. I don't know the protocol but they might reach out to you.

Thank you so much for letting me know. It makes all the difference to know this has been diagnosed, so I really appreciate you telling us.

Please take care and let me know if you need anything. It makes me happy to know that Steve is getting the help he needs.

Thanks,
Carolina

On Sun, Jul 26, 2020 at 4:23 AM Elizabeth Newman <elizabeth.hill.newman@gmail.com> wrote:
  Carolina,

  I never imagined writing this email....I'm Steve Newman's wife and I believe you are his manager. Confidentially over the last month and certainly over last week I have noticed a significant change in Steve's behavior. I am confident it's due to a change in his medicine and I spoke with his doctors yesterday as I am very concerned. His doctors advised me that they believe he is suffering from a full manic episode most likely due to the medication and provided me with the needed next steps.

  Over the next week I am working with Steve, his family, and his doctors to change back his medication to remedy this situation. He has certainly been a different person to me and I'm not sure what has happened the last few weeks at work.

  My understanding is that  Steve is taking a few weeks off with Care to help his family in Orlando and then taking personal time.

Searching...      X

GOOG-NEW-00331

Due to the circumstances above I'm reaching out. I've never written an email like this nor imagined doing so. At the moment I don't believe Steve would appreciate it either; however, I am aware that some of his actions aren't the man I have known and loved for a decade. I'm simply making you aware of the situation. I'm grateful for his time off and have asked him to not talk about work for the next few days with anyone which he agrees with. My hope is with family and medical changes we can course correct.

Not sure if this is appropriate nor if my husband will be glad I sent this. However, I did feel needed given the situation.

Please reach out with comments questions etc.

Best,
Elizabeth

--
Carolina Andrade | Google Cloud - G Suite | +1 (804) 243-5776

--
Carolina Andrade | Google Cloud - G Suite | +1 (804) 243-5776

---

**Esther Yeu** <estheryeu@google.com>                                Sun, Jul 26, 2020 at 9:33 AM
To: Carolina Andrade <acandrade@google.com>
Cc: Laurence Fahey <laurencefahey@google.com>

Thank you for forwarding. You can provide my email address and cell number and let her know she's free to contact me if she has any questions about benefits and resources available to her and Steve.

I'll go ahead and update the team. I'll let you know next steps.

Thanks,
Esther

[Quoted text hidden]

---

**Carolina Andrade** <acandrade@google.com>                          Sun, Jul 26, 2020 at 10:05 AM
To: Elizabeth Newman <elizabeth.hill.newman@gmail.com>, Esther Yeu <estheryeu@google.com>

+Esther Yeu

Hi Elizabeth,

I'm adding Esther to the conversation. She's our main point of contact in HR and she's available to you to make sure you and Steve are taken care of, and make use of the resources Google provides in such cases.

Please don't hesitate to reach out to myself and Esther in case you need anything, we are here for you.

Thanks,
Carolina

[Quoted text hidden]

---

**Elizabeth Newman** <elizabeth.hill.newman@gmail.com>               Mon, Jul 27, 2020 at 6:54 AM
To: Carolina Andrade <acandrade@google.com>
Cc: Esther Yeu <estheryeu@google.com>

Searching...     X

GOOG-NEW-00332

Thank you Esther. Happy to discuss anything you need. I am confident we can course correct this with Steve with his doctors and family support.

[Quoted text hidden]

---

**Esther Yeu** <estheryeu@google.com>                                 Mon, Jul 27, 2020 at 7:08 AM
To: Elizabeth Newman <elizabeth.hill.newman@gmail.com>
Cc: Carolina Andrade <acandrade@google.com>
Bcc: peopleconsultants <peopleconsultants@google.com>

Thank you, Elizabeth, and thank you for reaching out. Please do let me know if you want to chat, better understand the resources available to you and Steve, or have any other questions. I will let you know if we need anything from you.

Thanks, again,
Esther

ref:_00Df21H601._5005w1bAh4Q:ref
[Quoted text hidden]

Searching...    X

GOOG-NEW-00333

EXHIBIT 7

**Esther Yeu <estheryeu@google.com>**

## Making sure you are okay and know about these resources

**Carolina Andrade** <acandrade@google.com>                                  Fri, Jul 31, 2020 at 7:55 AM
To: Esther Yeu <estheryeu@google.com>

FYI

---------- Forwarded message ---------
From: **Steve Newman** <stevenewman@google.com>
Date: Fri, Jul 31, 2020, 2:58 AM
Subject: Re: Making sure you are okay and know about these resources
To: Carolina Andrade <acandrade@google.com>

Thanks Carolina I appreciate it.  I am very familiar with Google's mental health resources I actually volunteer for the blue dot program.

I just got put on disability which is weird.  But Google I believe violated my rights so we will likely go to arbitration since I am not allowed to sue them.

Google went behind my back to my wife and shrink.   They shared the email I wrote about buying G Suite.  Now my Dr. Thinks I may have bi polar.   I've been seeing him over 2 years and he once perscribed me latuda which is a bi polar medication.  When he did he said I'm confident you don't have Bi polar bit these meds have not been approved for depression yet.

 I'm sure the Oracle people think I'm an idiot.  I'm not joking.  I've got the green light for 30 billion to buy G Suite. Alphabet can keep all consumer data and add revenue in perpetually. Once someone runs the numbers they will realize I'm right.

It's not my money it's pine river, Microsoft's and Amazon's money.

Before this I didn't have a movie but now I'm confident I can get one if I want, his story is way better than the garbage on Netflix.

I see your OOO so hopefully your well and on vacation.

Not sure how long I will be on disability but I still believe I should be promoted this perf cycle.   I won't be answering any Google emails while on disability so just a heads up.  I will extend my OOO as well.

Thanks,

Steve

On Fri, Jul 24, 2020, 8:01 AM Carolina Andrade <acandrade@google.com> wrote:
> Hi Steve,
>
> Given our last interactions, I'm concerned about you and want to make sure you know about some of the resources
> available to you. If you have questions about these resources, or want to learn about other types of support, you can
> reach out to go/myHR.
>
>   • go/EAP provides access to counseling, therapy, and stress management
>   • go/healthapps links to app-based resources like Talkspace

GOOG-NEW-00353

- go/mentalhealth - central hub for mental health resources
- go/wellbeing - central hub for wellbeing resources
- go/resilience - info on how to respond to and recover from stress
- go/gCalm: Online, highly interactive learning experience to you manage stress and build resilience
- go/gPause: Mindful practices to help manage stress, increase happiness, and boost productivity
- go/Sleepio: Resources to improve your sleep
- go/cvmentalhealth - COVID-19 mental health resources

As I've stated many times before please know I'm here for you and want to support you in anyway I can. Let me know how I can help.

Thanks,
Carolina

GOOG-NEW-00354

EXHIBIT 8

**From:** Sedgwick_Leaves@sedgwick.com
**Sent:** 08/14/2020 16:22:03.707
**To:** acandrade@google.com
**Subject:** [FYI only - no action required] Steve Newman EID 629055- Leave Update

*FYI only --no action is required from you.*

Hi Ana Carolina,

Steve's leave has been approved from 07/27/2020 through 09/15/2020.

For questions about this process, respond to this email or call Sedgwick at (844) 888-9393 from 6am - 6pm PT.

Visit go/MyHR for People Ops resources or to connect with someone 1:1 on topics like Perf, promo and flexible working.

Learn how you can support Stephen before, during and after their leave at go/ManagerLeaveChecklist.

**GOOG-NEW-00518**
**CONFIDENTIAL**

EXHIBIT 9

**From:** Sedgwick_Leaves@sedgwick.com
**Sent:** 11/16/2020 16:08:42.299
**To:** acandrade@google.com
**Subject:** [FYI only - no action required] Steve Newman EID 629055 - Leave Extension
Approved

***FYI only --no action is required from you.***

Hi Ana Carolina,

Steve's leave began on 07/27/2020 and is now approved and extended through 12/14/2020. We'll update
you if there are changes to these dates.

For questions about this process, respond to this email or call Sedgwick at (844) 888-9393 from 6.30am -
5pm PT.

Visit go/MyHR for People Ops resources or to connect with someone 1:1 on topics like Perf, promo and
flexible working.

Learn how you can support Stephen before, during and after their leave at go/ManagerLeaveChecklist.

GOOG-NEW-00601
CONFIDENTIAL

EXHIBIT 10

**From:** Sedgwick_Leaves@sedgwick.com
**Sent:** 12/14/2020 11:09:50.621
**To:** acandrade@google.com
**Subject:** [FYI only - no action required] Steve Newman EID 629055 - Leave Extension Request

***FYI only --no action is required from you.***

Hi Ana Carolina,

Steve requested an extension of their leave and will not return to work as expected on 12/15/2020. Steve is responsible for providing us with updated medical documentation to support an extension of benefits.

We'll circle back with a decision within 5 business days after receipt of the medical information, but not later than 01/08/2021. If approved, Workday will be updated with the new dates within 1 business day of the decision.

For questions about this process, respond to this email or call Sedgwick at (844) 888-9393 from 6:30am - 5pm PT.

Visit go/MyHR for People Ops resources or to connect with someone 1:1 on topics like Perf, promo and flexible working.

Learn how you can support Stephen before, during and after their leave at go/ManagerLeaveChecklist.

GOOG-NEW-00612
CONFIDENTIAL