Yosef Peretz (State Bar No. 209288)
yperetz@peretzlaw.com
Jennah Feeley (State Bar No. 348475)
jfeeley@peretzlaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorneys for Plaintiff
STEVEN NEWMAN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NEWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 3:22-CV-02799-CRB<br><br>**SECOND STIPULATION REGARDING BRIEFING SCHEDULE OF DEFENDNAT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

In accordance with the commentary for Local Rules 1-4 and 1-5, which encourages the parties to stipulate to periods for response or reply, the parties hereby stipulate and agree to modify the existing stipulation and to set the following schedule for the filing of the opposition and the reply briefs on Defendant's pending Motion for Summary Judgment, filed April 12, 2024 [Dkt. No. 48]:

1. Deadline for Plaintiff's Opposition to the Motion - July 2, 2024.

2. Deadline for Defendant's Reply to the Motion - July 26, 2024.

The parties previously stipulated to earlier deadlines for opposition and reply for the pending Motion for Summary Judgment, but have agreed to modify the deadlines due to a change in the rescheduling of the settlement conference in this case, which has been rescheduled from May 24, 2024 to June 10, 2024 due to a change in the Court's schedule. In order to allow time for the responsive briefs to be filed following the settlement conference, the parties have collaborated and

agreed on a modified briefing schedule. Good cause exists for the parties' stipulation to allow Plaintiff to complete the outstanding written discovery and to take depositions necessary for the briefing of the Motion. Good cause also exists because neither party will be prejudiced by the stipulated extensions. Accordingly, the parties respectfully request that the Court enter the proposed order appended hereto, modifying the above deadlines.

Dated: May 17, 2024                    **PERETZ & ASSOCIATES**

By:_____
    YOSEF PERETZ
    JENNAH FEELEY
    Attorneys for Plaintiff
    STEVEN NEWMAN

**DUANE MORRIS, LLP**

By: Kouroush Jahansouz
_____
    KOUROUSH JAHANSOUZ
    BRIAN L. JOHNSRUD
    BRANDON RAINEY
    Attorneys for Defendant
    GOOGLE LLC

**[PROPOSED] ORDER**

Good cause having been established to set the above deadlines; the Court hereby GRANTS the parties' stipulation. The deadline to file Plaintiff's Opposition to the Motion for Summary Judgment is July 2, 2024. The deadline to file Defendant's Reply is July 26, 2024.

Dated: _____          By: _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT COURT JUDGE