Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
PERETZ & ASSOCIATES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff STEVEN NEWMAN

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN NEWMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>GOOGLE LLC and DOES 1-20;<br><br>             Defendants. | Case No. 3:22-CV-02799-CRB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

This Stipulation is entered into by and between the Parties to this action, Plaintiff STEVEN NEWMAN ("Plaintiff") and Defendant GOOGLE LLC ("Defendant"), by and through their respective attorneys of record, with regard to the following stipulated facts:

WHEREAS, the Parties entered into a written Settlement Agreement and General Release of Claims (the "Settlement Agreement"), wherein Plaintiff released any and all claims he has against Defendant in the above-captioned action and then agreed to dismiss the entire action with prejudice upon receipt of his Settlement Payment as stipulated in the written agreement.

WHEREAS, the Settlement Agreement was fully executed by all parties as of June 24, 2024.

WHEREAS, the terms and conditions of the Settlement Agreement have been fulfilled accordingly, and the Parties present this stipulation jointly requesting that the Court dismiss this action with prejudice as to all parties and all causes of action.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: February 24, 2025               PERETZ & ASSOCIATES


                                       By:   /s/  Yosef Peretz
                                             Yosef Peretz
                                       Attorney for Plaintiff STEVEN NEWMAN


Dated: February 24, 2025               DUANE MORRIS LLP


                                       By:   /s/ Brian Johnsrud
                                             Brian Johnsrud
                                       Attorney for Defendant GOOGLE LLC


# [~~PROPOSED~~] ORDER

Having reviewed the parties' STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE, in consideration of the facts, and for good cause shown, it is hereby **ORDERED**:

The action of *Steven Newman vs. Google LLC*, filed in the United States District Court Northern District of California, San Francisco Division, Case No. 3:22-CV-02799-CRB, is dismissed with prejudice.


Dated: __February 25_____, 2025    _____
                                        Hon. Charles R. Breyer
                                        Judge of the United States District Court